*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Steven W. DePasquale              BK No. 1:19–bk–10189

Debtor(s)                                 Chapter 7

---

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILING TO PLEAD PROPER LEGAL STATUS Re: Iron Construction LLC, Legris LLC and SMD Realty Investments LLC

A voluntary petition was filed under chapter **7** on **2/7/19**, in the name of **Steven W. DePasquale**, but also purporting to be on behalf of **Iron Construction LLC, Legris LLC and SMD Realty Investments LLC**, a partnership/corporate entity.

RI LBR 1002–1(d)(4) treats as defective any filing by an individual, corporation or other legal entity that "lists as a DBA or FKA a separate corporation or other legal entity" and further provides that "[a] corporation or other legal entity must file a separate petition if it is a separate legal entity from the debtor even if it considers itself the FKA or DBA of an individual, partnership, trust or other corporation, and even if its corporate charter has been revoked prepetition."

Accordingly, the debtor is **ORDERED TO SHOW CAUSE** in writing, within seven (7) days of this Order, why the above named case should not be dismissed as procedurally defective for inconsistent debtor names in violation of LBR 1002–1(d)(4). Compliance with this Order may be made by amending the petition page in the electronic filing system (ECF) through the Amended Schedules and Statements event located in the Bankruptcy Menu under "Other", and select Petition Page as the amendment, attaching a PDF of the amended pages. For detailed instructions, please refer to the Electronic Filing User Guide on this topic. Said Amendment must be filed no later than 2/15/2019 .

Failure to comply within the seven day period will result in the court's sua sponte dismissal of this case.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **2/8/19**

Entered on Docket: **2/8/19**
Document Number: **6**

205.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*