UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF RHODE ISLAND (PROVIDENCE)

| | |
|---|---|
| In re: | Chapter 7 |
| Steven W. DePasquale | Case No.: 19-10189 |
| Debtor | |
| _____ / | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362

Caliber Home Loans, Inc., a creditor in the above captioned Chapter 7 proceeding, moves this Court for an Order pursuant to 11 U.S.C. §362(d) for relief from the automatic stay of 11 U.S.C. §362(a) so that it may foreclosure a Mortgage which it holds on real property known and numbered as 57 Wendy Way, West Warwick, RI 02893.

The basis of the within Motion are set forth in the Memorandum filed herewith which is incorporated herein by reference.

Caliber Home Loans, Inc.
By its attorneys,

Date: March 15, 2019

/s/ Joseph Dolben, Esq.
Joseph Dolben, Esq., #7916
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886
Telephone: (401) 234-9200
jdolben@mlg-defaultlaw.com

Within fourteen (14) days after service, if served electronically, as evidenced by the certification and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006(f) if you were served by mail or other excepted means specified, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Bankruptcy Court Clerk`s Office, 380 Westminster Mall, 6th Floor, Providence, RI 02903 (401) 626-3100.  If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted unless:  (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF RHODE ISLAND (PROVIDENCE)

In re:                                                              Chapter 7
Steven W. DePasquale                                     Case No.: 19-10189

    Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Joseph Dolben, Esq., of Marinosci Law Group, P.C., do hereby certify that on March 15, 2019 I served a copy of the Motion for Relief and supporting documents on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

    Signed this 15th day of March, 2019.

                                             /s/ Joseph Dolben, Esq.
                                             Joseph Dolben, Esq., #7916
                                             Marinosci Law Group, P.C.
                                             275 West Natick Road, Suite 500
                                             Warwick, RI 02886
                                             Telephone: (401) 234-9200

<u>VIA ECF</u>
Peter J. Furness, Esq., on behalf of Debtor
Gary L. Donahue, Esq., on behalf of the U.S. Trustee
Stacy B. Ferrara, Esq., on behalf of the Trustee
Richard L. Gemma, Esq., on behalf of Bank Rhode Island
CarCretia V. DiBartolo, Esq., on behalf of North American Specialty Insurance Company
Carl S. Levin, Esq., on behalf of Old Republic Insurance Company

<u>VIA US MAIL</u>
Steven W. DePasquale
266 Howard Avenue
Hope, RI 02831

Justin W. DePasquale
57 Wendy Way
West Warwick, RI 02893

Town of West Warwick
Tax Collector
1170 Main Street
West Warwick, RI 02893