Recording Requested By:
FIRST AMERICAN MORTGAGE SOLUTIONS

Prepared By:
Caliber Home Loans, Inc.
13801 Wireless Way

Oklahoma City, OK 73134
(405) 608-2535, KRYSTAL L BYERS

And When Recorded Mail To:
FIRST AMERICAN MORTGAGE SOLUTIONS
3 First American Way
Santa Ana, CA 92707
(405) 608-2535

Instr # 2483-2739
Pages: 1
Received in West Warwick R.I.
Date: 07/03/2018 11:32 AM
Marianne Kelly, Town Clerk

MERS MIN#:
Customer#: 1/
Loan#:

Space above for Recorder's use

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), AS NOMINEE FOR INTERCONTINENTAL CAPITAL GROUP, INC., ITS SUCCESSORS AND ASSIGNS, PO BOX 2026, FLINT, MI, 48501-2026, hereby assign and transfer to CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK  73134-0000, all its right, title and interest in and to said Mortgage in the amount of $235,161.00, recorded in the State of RHODE ISLAND, County of KENT, Township of WEST WARWICK TOWN Official Records, dated MAY 06, 2016 and recorded on MAY 06, 2016, as Instrument No. 00001680, In Book No. 2421, at Page No. 142.
Executed by: JUSTIN W DEPASQUALE AND STEVEN W DEPASQUALE (Original Mortgagor).
Original Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (MERS), AS NOMINEE FOR INTERCONTINENTAL CAPITAL GROUP, INC., ITS SUCCESSORS AND ASSIGNS.
Property Address: 57 WENDY WAY, WEST WARWICK, RI 02893-0000.

Date: MAY 24, 2018
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), AS NOMINEE FOR INTERCONTINENTAL CAPITAL GROUP, INC., ITS SUCCESSORS AND ASSIGNS

By: _____
Roy Lacey, Assistant Secretary

State of    OKLAHOMA
County of  OKLAHOMA            } ss.

On MAY 24, 2018 , before me, B. Coulter, a Notary Public, personally appeared Roy Lacey , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

(Notary Name): B. Coulter
My commission expires: 05/14/2020

Scanned with CamScanner