UNITED STATES BANKRUPTCY COURT  *Form E: Joint Status Report*
FOR THE DISTRICT OF RHODE ISLAND  **THREE PAGE DOCUMENT**

---------------------------------x

In re: Steven W. DePasquale     BK No. 19-10189
                Debtor(s)     :     Chapter 7

---------------------------------x

## JOINT LOSS MITIGATION STATUS REPORT

Date: May 21, 2019

   The Debtor(s) requested loss mitigation as to the first mortgage on the real property located at 266 Howard Avenue, Hope, RI 02831 on March 27, 2019 with Caliber Home Loans, Inc. (the "Creditor"). The Court entered a loss mitigation order on: April 2, 2019. The Creditor filed its contact information on April 2, 2019. The Debtor(s) submitted a loan modification application to the Creditor on: Approximately three weeks ago.

     The first scheduled status hearing is May 22, 2019.

Actions Required:

N/A

Did the Debtor(s) comply with all ordered deadlines? If No, provide a full explanation of why the deadlines were not met.

-Counsel for Debtor has indicated that an application was submitted directly to Creditor approximately three weeks ago.

Did the Creditor comply with all ordered deadlines? If No, provide a full explanation of why the deadlines were not met.

-Counsel for Creditor has confirmed receipt of the application and has requested additional documents on May 21, 2019.

Outstanding Document Request:

The following documents requested by Lender will be submitted by the Debtor(s) to the Creditor by_____:

*Expected Completion of Loss Mitigation – If Trial Plan or Loan Modification Agreed To*

Please indicate as applicable:

1

The Debtor(s) is/are currently participating in a trial payment plan period with the final trial payment scheduled to be paid on _____; OR

The parties have agreed to a permanent or temporary loan modification. _____

If a Chapter 7 case and the parties have agreed to a permanent or temporary loan modification:

> The parties agree that loss mitigation can terminate as successfully completed and will file Form D by_____; or

> _____ is the date by which loss mitigation can terminate as successfully completed and the parties will file Form D by _____.

If the case is pending under Chapter 13 and a loan modification has been agreed to, the parties agree to file a Motion to Approve Loan Modification by _____, and upon approval of such motion, the parties will file Form D and loss mitigation can terminate as successfully completed.

### *Consent Order*

The parties _____ attached[1] a proposed Consent Order (Form F) setting forth agreed deadlines for further action by the parties to accompany this Status Report.

| | |
|---|---|
| Debtor(s) | Creditor |
| By counsel: | By counsel: |
| | |
| /s/ Peter J. Furness | /s/ Joseph M. Dolben |
| Peter J. Furness, Esq. (#) | Joseph M. Dolben  (#7916) |
| Richardson, Harrington & Furness | Marinosci Law Group, P.C. |
| 182 Waterman Street | 275 West Natick Road, Suite 500 |
| Providence, RI 02906 | Warwick, RI 02886 |
| (401) 273-9600 | Phone: (401) 234-9200 |

---

[1] When filing the Status Report and proposed Consent Order in ECF, Form F should be filed as an attachment to Form E using the event Loss Mitigation Status Report [located under Bankruptcy>Loss Mitigation menu].