| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF RHODE ISLAND | *Form F: PROPOSED CONSENT ORDER*<br>**TWO PAGE DOCUMENT** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re: Steven W. DePasquale                                              BK No. 19-10189

                          Debtor(s)    :                     Chapter 7
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## CONSENT ORDER re: STATUS HEARING ON LOSS MITIGATION

The Court, having scheduled a status hearing on loss mitigation for June 19, 2019, at which counsel for the Debtor(s) and Caliber Home Loans, Inc. (the "Creditor") have been ordered to appear; and by agreement of the parties,

IT IS HEREBY AGREED:

(1) The Debtor(s) shall fully respond to the Information Request and provide all requested documents to Creditor by June ~~25~~ 24, 2019.

(2) The Creditor shall conduct a final review of the information submitted by the Debtor(s), and if the Creditor requires additional information, the Creditor shall, by email or written correspondence, provide the Debtor[s]' counsel with a list of any additional information it requires by <u>July 9, 2019</u> after receiving the Response (the "Additional Information Request").

Agreed to this 18th day of June 2019.

Rev. 12/18/2013

| Debtor(s) | Creditor |
|---|---|
| By counsel: | By counsel: |
| /s/ Peter J. Furness | /s/ Joseph M. Dolben |
| Peter J. Furness, Esq. (#) | Joseph M. Dolben  (#7916) |
| Richardson, Harrington & Furness | Marinosci Law Group, P.C. |
| 182 Waterman Street | 275 West Natick Road, Suite 500 |
| Providence, RI 02906 | Warwick, RI 02886 |
| (401) 273-9600 | Phone: (401) 234-9200 |

Consent Order Approved on this       day of June 2019.

_Diane Finkle_  06/18/2019

Honorable Diane Finkle
U.S. Bankruptcy Judge

Date of Continued Status Hearing:  June 25, 2019

Rev. 12/18/2013