**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In re:

Steven DePasquale                                                                 Bk: 19-10189
                                                                                  CHAPTER 7

## EMERGENCY MOTION FOR EXPEDITED HEARING

Richard J. Land, Esq., in his capacity as Receiver ("Receiver") of Iron Construction Group, LLC ("ICG") hereby moves for an expedited hearing on his pending Emergency Motion for Relief From Stay (the "Motion") and in support of this motion states as follows:

1. This Court has jurisdiction pursuant to 28 U.C.S. §§157 and 1334 and venue in this District is proper pursuant to 28 U.S.C. §1409.

2. On February 7, 2019 ("Petition Date") the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

3. On February 11, 2019, the Receiver was appointed by the Rhode Island Superior Court and authorized and directed to take possession of ICG's assets.

4. The Motion is critical because the Receiver is without possession of a vehicle registered in the name of ICG that is presently (i) in possession of Debtor, and (ii) exposing the truck and the Receivership Estate to potential harm by being operated on public roads for non-business reasons and without the Receiver's consent. Moreover, the Debtor has refused to return the vehicle and has not demonstrated it is insured. Therefore, an emergency hearing is necessary to avoid potential irreparable harm to the truck and to the Receivership Estate.

WHEREFORE, in light of the foregoing, the Receiver requests that the Court grant his Emergency Motion for Expedited Hearing and conduct an expedited hearing on the

Receiver's Motion for Relief from Stay. The Receiver further requests that the Court approve the notice given as provided within the accompanying certificate of service as sufficient notice of the hearing under the emergency circumstances.

      /s/ Richard J. Land
      Richard J. Land, In His Capacity As
      Receiver Of Iron Construction Group, LLC
      Chace Ruttenberg & Freedman, LLP
      One Park Row, Suite 300
      Providence, RI 02903
      Tel.: (401) 453-6400
      Email: rland@crfllp.com
    Dated: June 24, 2019

## NOTICE

**PURSUANT TO RI L.B.R 9013-2(d)(2), THE RESPONSE/OBJECTION TIME TO THIS EMERGENCY MOTION WILL BE ESTABLISHED BY THE COURT.**

## CERTIFICATE OF SERVICE

    I hereby certify that on June 24, 2019, I caused to be electronically filed this document with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System; and that I caused to be served notice electronically to the following:

| | |
|---|---|
| Gary L. Donahue, Esq. | Gary.L.Donahue@usdoj.gov |
| Peter J. Furness, Esq. | peter@rhf-lawri.com |
| Stacy B. Ferarra, Esq. | sferrara@ndgrb.com |

                /s/ Richard J. Land