**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re: Steven W. DePasquale, | BK No: 19-10189 |
| Debtor | Chapter 7 |

**ORDER TO SHOW CAUSE WHY LOSS MITIGATION SHOULD NOT TERMINATE FOR DEBTOR'S FAILURE TO PROVIDE ALL REQUESTED DOCUMENTS**
**(this relates to Doc. ## 23, 42)**

On June 18, 2019, the Court entered an order ("Order," Doc. #42), which required the Debtor to provide to Caliber Home Loans, Inc. (the "Creditor") all requested documents by June 24, 2019. The Debtor failed to comply with that order. Accordingly, the Debtor is hereby ***ORDERED TO SHOW CAUSE IN WRITING*** by **JULY 12, 2019**, why loss mitigation should not terminate for failure to comply with this Court's Order. If the Debtor provides the Creditor with all outstanding documents by July 12, 2019, the Court will release the show cause order, and the Court will proceed with a status hearing on loss mitigation on July 17, 2019.

Dated: June 25, 2019

By the Court,

_Diane Finkle_
Diane Finkle
U.S. Bankruptcy Judge