*Diane Finkle*

07/29/2019 MOTION GRANTED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

Steven W. DePasquale                BK No. 19-10189
       Debtor                       CHAPTER 7

## MOTION TO WITHDRAW AS DEBTOR'S COUNSEL

Now comes Peter J. Furness, counsel for Debtor and hereby requests that this Honorable Court allow him to withdraw as counsel for Debtor in the above captioned proceeding. As grounds therefore, Peter J. Furness states that there has been a breakdown in the attorney client relationship which prevents the representation from continuing.

Respectfully Submitted,

*/s/ Peter J. Furness*
Peter J. Furness, Esq.
Richardson, Harrington & Furness
182 Waterman Street
Providence, RI 02906
401-273-9600
Peter@rhf-lawri.com

Within fourteen (14) days after service, if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail or other excepted means specified, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

## Certificate of Service

I hereby certify that on this 8th day of July, 2019 I provided a copy of the within document to the parties listed on the attached matrix.

/s/ *Kristen E. Oscarson*

```
Label Matrix for local noticing          American Express                          Bank RI c/o Richard Gemma
0103-1                                   PO Box 981540                             56 Pine Street
Case 1:19-bk-10189                       El Paso TX 79998-1540                     Suite 700
District of Rhode Island                                                           Providence RI 02903-2819
Providence
Mon Jul  8 15:23:23 EDT 2019

Bank Rhode Island                        Bank of America                           Steven W. DePasquale
c/o Wieck DeLuca & Gemma, Inc.           900 Bald Hill Road                        266 Howard Avenue
56 Pine Street                           Warwick RI 02886-0719                     Hope, RI 02831-1439
Suite 700
Providence, RI 02903-2819


CharCretia V. DiBartolo                  Joseph Dolben                             Gary L. Donahue
Watt, Tieder, Hoffar & Fitzgerald        Marinosci Law Group, P.C.                 Office of the U.S. Trustee
10 Dorrance Street                       275 West Natick Road                      U.S. Courthouse
Suite 700, PMB #785                      Ste 500                                   One Exchange Terrace Suite 431
Providence, RI 02903-2014                Warwick, RI 02886-1161                    Providence, RI 02903-1744


Stacy B. Ferrara                         Peter J. Furness                          GC Services
Dolan, Brunero, Cronin & Ferrara Ltd.    Richardson, Harrington & Furness          PO Box 46960
1070 Main Street                         182 Waterman Street                       Saint Louis MO 63146-6960
Coventry, RI 02816-5707                  Providence, RI 02906-4015


Richard L. Gemma                         (p)INTERNAL REVENUE SERVICE               Internal Revenue Service
56 Pine Street, Suite 700                CENTRALIZED INSOLVENCY OPERATIONS         PO Box 7346
Providence, RI 02903-2819                PO BOX 7346                               Philadelphia, PA 19101-7346
                                         PHILADELPHIA PA 19101-7346


Richard J. Land                          Carl S. Levin                             Old Republic Insurance Company
Chace Ruttenberg & Freedman, LLP         Gilstein, Kinder & Levin, LLP
One Park Row                             300 Metro Center Blvd., Suite 150A
Suite 300                                Warwick, RI 02886-1751
Providence, RI 02903-1261


State of RI - Labor and Training         State of Rhode Island                     Wells Fargo
Legal Department                         Division of Taxation                      PO Box 25341
Bldg 72 3rd Floor                        1 Capitol Hill                            Santa Ana CA 92799-5341
1511 Pontiac Avenue                      Providence RI 02908-5800
Cranston, RI 02920-4407
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service                 (d)Internal Revenue Service
Insolvency Unit - 4th Floor              PO Box 145566
380 Westminster Street                   Stop 813G
Providence, RI 02903                     Cincinnati OH 45250
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Caliber Home Loans, Inc.

(d)Stacy B. Ferrara
Nolan, Brunero, Cronin & Ferrara, Ltd.
1070 Main Street
Coventry, RI 02816-5707

(u)North American Specialty Insurance Compa

(u)Receiver of Iron Construction Group, LLC

End of Label Matrix
Mailable recipients    20
Bypassed recipients     4
Total                  24