# UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

---

In re:   Steven W. DePasquale                           Case No:  19-10189

        Debtor,                                            Chapter: 7

---

## NOTICE TO DEBTOR(S) OF *PRO SE* STATUS AS RESULT OF ATTORNEY PETER J. FURNESS WITHDRAWAL FROM THE CASE

**PLEASE TAKE NOTICE:** An order granting attorney Peter J. Furness' motion to withdraw as attorney in this case [doc. no. 65] was entered on 7/29/2019. A copy of this Order is enclosed with this Notice.

As a result of the entry of this order, Attorney Peter J. Furness has been removed as your attorney and the case docket now reflects that you are proceeding *Pro Se* (appearing for oneself), unless and until you engage substitute counsel who enters their appearance in the case on your behalf. If a document is filed in your case in the future, it is your responsibility to timely respond to it or to retain new counsel to do so. The Clerk's office is available to answer general, non-legal questions about the status of your case at (401) 626-3100, but for specific questions about the administration of your case, you should contact the assigned case trustee.

*/s/ Susan M. Thurston*
Clerk, U.S. Bankruptcy Court

Entered on Docket: 7/29/2019
Document Number: 71